# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                CASE NO.  3:94cr3067/RV

ORLANDO R. CONTRERAS

**REFERRAL AND ORDER**

Referred to Judge Vinson on  09/17/2008

Type of Motion/Pleading  MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2)

Filed by: Defendant   on 6/26/08   Doc. No. 347

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

                on          Doc. No.     

                on          Doc. No.     

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ J. Marbut*
Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this  22nd  day of  September , 2008, that:

(a) The requested relief is DENIED.

(b) The Defendant was held responsible for 82.8 kilograms of cocaine base, and Amendment 706 only applies if the quantities do not exceed 4.5 kilograms.

/s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.